**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **LINDA HAYNES,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:12-cv-00072** |
| | § | **(Jury Requested)** |
| **WAL-MART STORES TEXAS, LLC** | § | |
| **and WAL-MART** | § | |
| **Defendants** | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ. 41(a)(1)(A)(ii) and (c), Plaintiff Linda Haynes and "Wal-Mart Stores Texas, LLC" and "Wal-Mart" (incorrectly named; correct name is "Wal-Mart Stores Texas, LLC") stipulate that all claims and causes of action asserted by Plaintiff against Defendants in the above titled action are dismissed with prejudice to re-filing the same.

Plaintiff and Defendants further stipulate that all claims and causes of action asserted by Defendants against Plaintiff in the above-titled action are dismissed with prejudice to re-filing the same.

Each party shall bear its own costs, expenses and attorneys fees.  A proposed Order is attached as Exhibit "A".

Respectfully submitted,

*/s/ Scot G. Dollinger*

By: _____

**SCOT G. DOLLINGER**
Texas State Bar No. 05961300
scot@callthelaw.com

**DOLLINGER LAW**
700 Gemini, Suite 120
Houston, Texas 77058
Phone: 281-488-4600
Fax: 281-488-4643

**ATTORNEYS FOR PLAINTIFF**

*/s/ David A. Johnson*

By: _____

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
Phone: 214-672-2186
Fax: 214-672-2386

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR DEFENDANTS**

# EXHIBIT "A"